AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>CAPRICE BETHEA<br><br>*Defendant(s)* | Case No. 19-1047-SAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **2/5/16 to 12/23/16** in the county of _____ in the _____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached warrant

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Emily Zagone, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Mar 26, 2019**

_____
Judge's signature

Hon. Stephanie A. Gallagher
*Printed name and title*

City and state: **Baltimore, MD**