2018R00921\MD

FILED ENTERED
LODGED RECEIVED

JUN 17 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. GLR-19-0296 |
|---|---|
| v. | (Conspiracy to Participate in a Racketeering Enterprise, 18 U.S.C. § 1962(d)) |
| CAPRICE BETHEA, | |
| Defendants. | |

## INFORMATION

### COUNT ONE
### Conspiracy to Participate in a Racketeering Enterprise

The United States Attorney for the District of Maryland charges that:

At all times relevant to this Information:

1. The defendant, **CAPRICE BETHEA**, together with other persons, known and unknown, were members and associates of a criminal organization; that is, the Southside Brims street gang. The Southside Brims, including its leaders, members, and associates, constituted an enterprise, as defined in Title 18, United States Code, Section 1961(4), that is a group of individuals associated in fact that engaged in, and the activities of which affected interstate and foreign commerce.

2. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. The purposes of the enterprise included earning money for members through drug sales and firearms sales, and other means, expanding its membership, increasing its reputation, and protecting members from rival gangs.

3. Among the means and methods by which the members and associates of the Southside Brims conducted and participated in the conduct of the affairs of the Enterprise were the following:

   a. The members and associates of the Southside Brims used intimidation, threats of violence, and violence, including assaults and murder, to promote and enhance its prestige, reputation, and position in the community, and to discipline gang members who had been disloyal or had violated gang rules;

   b. The members and associates of the Southside Brims attended regular gang meetings and communicated with other Southside Brims members to discuss, among other things: the structure and organization of the gang, past criminal acts committed against rival gang members and others; efforts to increase gang income, such as through drug trafficking and acts of bank fraud; gang members who had violated gang rules; and plans and agreements regarding the commission of future crimes; and

   c. The members and associates of the Southside Brims also communicated with other Southside Brims members in Maryland and elsewhere, and represented their gang allegiance, through social media such as Facebook, including by posting photographs of themselves with other gang members, showing gang hand signs, wearing colors or clothing associated with the Southside Brims, and posing with weapons or gang-related graffiti, and by sending and/or posting messages referencing their affiliation with the Southside Brims.

## The Racketeering Conspiracy

4.  Beginning on a date unknown, but at least prior to in or about 2015, and continuing through at least in or about 2017, in the District of Maryland and elsewhere,

**CAPRICE BETHEA,**

the defendant herein, and others known and unknown, being a person employed by and associated with the Southside Brims, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, did knowingly conspire to violate Title 18 U.S.C. § 1962(c), that is, to conduct and participate, directly, and indirectly, in the conduct of the affairs of the Southside Brims Enterprise through a pattern of racketeering activity, as defined in 18 U.S.C. §§ 1961(1) and (5), consisting of acts indictable under 18 U.S.C. § 1344 (relating to financial institution fraud); acts involving murder, in violation of Maryland Code, Criminal Law §§ 2-201, 2-204, 2-205, and 2-206, 1-202, and the Common Law of Maryland, punishable pursuant to Maryland Code, Criminal Law §§ 1-201, 1-202, 2-201, 2-204, 2-205, and 2-206; and acts involving robbery, in violation of Maryland Code, Criminal Law §§ 3-402 and 3-403.

5.  It was further part of the conspiracy that the defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise

## Overt Acts

6. In furtherance of the conspiracy, and to effect the illegal object thereof, the defendant and her co-conspirators performed, participated in, and did the following acts, among others, in the District of Maryland and elsewhere:

7. From on or about February 5, 2016, through on or about December 23, 2016, **CAPRICE BETHEA**, deposited forged and stolen checks into various bank accounts maintained by Bank of America. **CAPRICE BETHEA** would then withdraw money from those accounts, causing Bank of America and the bank account customers to incur financial losses.

8. On or about August 1, 2016, **CAPRICE BETHEA**, and other members and associates of the Southside Brims, conspired to rob "J.M."

All in violation of 18 U.S.C. § 1962(d).

_____
ROBERT K. HUR
United States Attorney